# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

RONNIE JACKSON,

            Plaintiff,

Civil No. 15-4153 (JRT/BRT)

v.

TOM ROY, sued in his official capacity,

**ORDER ON REPORT AND RECOMMENDATION**

            Defendant.

---

    Ronnie Jackson, #239471, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 5, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute; and

    2.    Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2) is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 27, 2016         s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                                 Chief Judge
                                                 United States District Court